L.
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6991
   Facsimile: (415) 436-7234
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00341 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; ORDER [] |
| v. | ) | |
| FU-TAIN LU, | ) | Date: February 21, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Before The Hon. Ronald M. Whyte |

     The United States and defendant Fu-Tain Lu, through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**,

     The parties would like additional time to prepare their sentencing memoranda for the Court, and have confirmed that the proposed sentencing date is actually preferable for the assigned United States Probation Officer than the date currently scheduled;

//

//

//

**STIPULATION AND ORDER**

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing in this matter should be continued from February 21, 2012, to **Monday, March 12, 2012,** at 9:00 a.m., before The Honorable Ronald M. Whyte.

/s/
_____
FRANK R. UBHAUS, ESQ.
Counsel for Defendant Fu-Tain LU
and Fushine Technology, Inc.
DATE: February 13, 2012


MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 13, 2012

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for sentencing for the above-named defendant s is continued to **Monday, March 12, 2012,** at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge.

DATED: "4138134

_____
THE HON. RONALD M. WHYTE
Senior United States District Judge