| | |
|---|---|
| 1 | FRANK R. UBHAUS, CA STATE BAR NO. 46085 |
| | CHRISTIAN E. PICONE, CA STATE BAR NO. 218275 |
| 2 | KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200 |
| | BERLINER COHEN |
| 3 | TEN ALMADEN BOULEVARD |
| | ELEVENTH FLOOR |
| 4 | SAN JOSE, CALIFORNIA 95113-2233 |
| | TELEPHONE: (408) 286-5800 |
| 5 | FACSIMILE: (408) 998-5388 |
| | frank.ubhaus@berliner.com |
| 6 | christian.picone@berliner.com |
| | kathy.sherman@berliner.com |

ATTORNEYS FOR DEFENDANTS
FU-TAIN LU AND FUSHINE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION,<br><br>Defendants. | CASE NO. CR-09-00341 RMW<br><br>STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL |

GOOD CAUSE APPEARING THEREFORE and based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Defendant, F.T. Lu, is granted permission to travel to Fresno, California on Sunday, February 26, 2012 between the hours of 6:30 am and 11:30 pm for purposes of participating in a tennis tournament.

DATED: FEBRUARY 9, 2012

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Court Judge

/ / /

/ / /

/ / /

CASE NO. CR-09-00341 RMW  -1-

STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL

IT IS SO STIPULATED.

DATED: FEBRUARY ___, 2012        BERLINER COHEN

                                 BY:  /S/ *FRANK R. UBHAUS*
                                      FRANK R. UBHAUS
                                      CHRISTIAN E. PICONE
                                      KATHLEEN F. SHERMAN
                                      ATTORNEYS FOR DEFENDANTS
                                      FU-TAIN LU AND FUSINE TECHNOLOGY, INC.

DATED: FEBRUARY ___, 2012        MELINDA HAAG
                                 UNITED STATES ATTORNEY

                                 BY:  /S/ *DAVID R. CALLAWAY*
                                      DAVID R. CALLAWAY
                                      ASSISTANT UNITED STATES ATTORNEY