Frank R. Ubhaus, CA State Bar No. 46085
Christian E. Picone, CA State Bar No. 218275
Kathleen F. Sherman, CA State Bar No. 241200
Berliner Cohen
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com
kathy.sherman@berliner.com

Attorneys for Defendants
Fu-Tain Lu and Fushine Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FU-TAIN LU, FUSHINE TECHNOLOGY, INC. and EVERJET SCIENCE AND TECHNOLOGY CORPORATION,<br><br>Defendants. | CASE NO. CR-09-00341 RMW<br><br>STIPULATION AND ORDER GRANTING PERMISSION TO TRAVEL |

GOOD CAUSE APPEARING THEREFORE and based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Defendant, F.T. Lu, is granted permission to travel to Sacramento, California on Thursday, May 3, 2012 through Sunday, May 6, 2012 for purposes of participating in a tennis tournament.

DATED: APRIL ___, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: APRIL 25, 2012        BERLINER COHEN

BY: /s/ *FRANK R. UBHAUS*
    FRANK R. UBHAUS
    ATTORNEYS FOR DEFENDANTS
    FU-TAIN LU AND FUSINE TECHNOLOGY, INC.

DATED: APRIL 25, 2012        MELINDA HAAG
                             UNITED STATES ATTORNEY

BY: /s/ *DAVID R. CALLAWAY*
    DAVID R. CALLAWAY
    ASSISTANT UNITED STATES ATTORNEY