MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6991
   Facsimile: (415) 436-7234
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00341 RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXTEND DATE TO FILE JOINT STATEMENT OF DISPUTED FACTS; ORDER [] |
| FU-TAIN LU, | ) | Date: May 30, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Before The Hon. Ronald M. Whyte |

     The United States and defendant Fu-Tain Lu and Fushine Technology, Inc., through their respective counsel, hereby agree and stipulate as follows:

     The parties are still working though the issues in an effort to arrive at a joint statement to identify what facts will be in dispute when the parties appear before the Court for an evidentiary hearing at the above date and time. Unfortunately, this has taken longer than expected. The parties hereby seek the Court's indulgence in extending the time for that filing until Friday, May 11, 2012. The parties apologize for not being able to accomplish this sooner, and for any inconvenience our delay may have caused the Court.

**STIPULATION AND ORDER**

/s/
_____
FRANK R. UBHAUS, ESQ.
Counsel for Defendant Fu-Tain LU
and Fushine Technology, Inc.
DATE: May 4, 2012


MELINDA HAAG
United States Attorney


       /s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: May 4, 2012

# **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties shall file a joint statement of disputed issues by no later than Friday, May 11, 2012.

DATED: "7 l45 l34

*Ronald M. Whyte*
THE HON. RONALD M. WHYTE
United States District Judge

**STIPULATION AND ORDER**                -2-